UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zachary B. Gilbert<br><br>    Plaintiff,<br><br>v.<br><br>FCA US, LLC<br><br>    Defendant. | Case No.  1:22-cv-01285-NODJ-EPG<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 2/06/2024 and Court Order Dated 02/07/2024.

January 4, 2024　　　　　　　　　　　　　　　KEITH HOLLAND, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/  R. Gonzalez,
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk