# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY B. GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 1:22-cv-01285-KES-EPG<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On May 6, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline for Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from May 7, 2024 to July 8, 2024; and
3. The Court retains Jurisdiction over this matter until Plaintiff's fees, costs, and expenses are decided.

IT IS SO ORDERED.

Dated:   May 8, 2024

_____
UNITED STATES DISTRICT JUDGE

-1-