UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY B. GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | No.　1:22-cv-01285-KES-EPG<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES<br><br>Doc. 29 |

On August 5, 2024, the parties filed a joint stipulation to continue the previously extended deadline for plaintiff to file a motion for attorneys' fees, costs, and expenses and to continue the court's jurisdiction over this matter. Doc. 29. The court, having considered the parties' joint stipulation and finding good cause, hereby ORDERS:

1. The deadline for plaintiff to file a motion for attorneys' fees, costs, and expenses is continued to September 4, 2024; and

2. The court shall retain jurisdiction over this action pending a decision on plaintiff's motion for attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

　　Dated:　　August 6, 2024

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2