# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY B. GILBERT,<br>      Plaintiff,<br><br>v.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive<br><br>      Defendants. | Case No.: 1:22-cv-01285-KES-EPG<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES<br><br>Doc. 31 |

On September 12, 2024, the parties filed a joint stipulation to continue the previously extended deadline for plaintiff to file a motion for attorneys' fees, costs, and expenses and to continue the court's jurisdiction over this matter. Doc. 31. The court, having considered the parties' joint stipulation and finding good cause therefore, hereby ORDERS:

1. The deadline for plaintiff to file a motion for attorneys' fees, costs, and expenses is continued to September 25, 2024; and
2. The court shall retain jurisdiction over the action pending a decision on plaintiff's motion for attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   September 13, 2024

                                      UNITED STATES DISTRICT JUDGE